

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00690-CV

Beatriz **CARVALHO** and AJ Lopez Trucking,
Appellants

v.

Cynthia **DEHOYOS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04017
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: January 22, 2020

DISMISSED

Appellants have filed an unopposed motion to dismiss this appeal, stating that the parties have reach an agreement in the underlying lawsuit. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM